IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CAROL GARCIA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO. 4:20-cv-0047-TWP-DML |
| | ) |
| HEALTHCARE REVENUE COMPANY GROUP, LLC ET AL. | ) ) |
| | ) |
|     Defendants. | ) |

## JOINT STATUS REPORT

Comes the Plaintiff, Carol Garcia, by the undersigned counsel, David W. Hemminger, and Defendants, Healthcare Revenue Company Group, LLC ("HRCG") by the undersigned counsel, Paul Gamboa, and Experian Information Solutions, Inc. ("Experian") by the undersigned counsel, Ani Ghazikhanian, and hereby advise the Court that HRCG has propounded written discovery to the Plaintiff to which Plaintiff will respond on or before August 21, 2020.  Plaintiff and Experian intend to timely propound written discovery such that responses will be due prior to the February 19, 2021 discovery deadline. Finally, although the parties expect to resolve this matter in the near future, the parties believe that January 2021 would be the appropriate time frame for a settlement conference.

    Respectfully submitted,

    */s/David W. Hemminger*
    David W. Hemminger
    Hemminger Law Office, PSC
    331 Townepark Circle, Ste. 100-C
    Louisville, KY 40243
    (Tel) 502.443.1060
    (Fax) 502.873.5300
    hemmingerlawoffice@gmail.com
    *Counsel for Plaintiff*

SEEN AND AGREED TO BY:

*/s/Paul Gamboa (with permission)*
Paul Gamboa
GORDON & REES LLP
One North Franklin
Suite 800
Chicago, IL 60606
(312) 565-1400
Fax: (312) 565-6511
Email: pgamboa@gordonrees.com
*Counsel for Defendant, Healthcare Revenue Company Group, LLC*


And

*/s/Ani Ghazikhanian (with permission)*
Ani Ghazikhanian
JONES DAY
3161 Michelson Dr.
Suite 800
Irvine, CA
949 553-7562
Fax: 949 553-7539
Email: aghazikhanian@jonesday.com
*Counsel for Defendant, Experian Information Solutions, Inc.*