IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| CAROL GARCIA, | ) | **Acknowledged** |
| | ) | TWP |
| Plaintiff, | ) | March 2, 2021 |
| | ) | |
| vs. | ) | CASE NO. 4:20-cv-0047-TWP-DML |
| | ) | |
| HEALTHCARE REVENUE COMPANY GROUP, LLC ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSAL

Upon agreement of the Plaintiff, Carol Garcia and the Defendant, Experian Information Solutions, Inc., each by counsel, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against Experian Information Solutions, Inc., are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

This 1st day of March 2021.

/s/ *David W. Hemminger*
David W. Hemminger
Hemminger Law Office, P.S.C.
331 Townepark Circle Suite 100-C
Louisville, KY 40243
*Attorney for Plaintiff Carol Garcia*

*/s/Ani Ghazikhanian (with permission)*
Ani Ghazikhanian
JONES DAY
3161 Michelson Dr.
Suite 800
Irvine, CA
949 553-7562
Fax: 949 553-7539
Email: aghazikhanian@jonesday.com
*Counsel for Defendant, Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 1st day of March 2021 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

                                                           */s/ David W. Hemminger*
                                                           David W. Hemminger